UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILBERT LEE STEPHENS JR.,<br>a/k/a "Lil Bill"<br>a/k/a "Wild Bill," | ) INFORMATION NO.  2:19-cr-46<br>)<br>) 18 U.S.C. § 922(g)(1)<br>) Possession of Ammunition by a<br>) Prohibited Person<br>)<br>) 21 U.S.C. § 841(a)(1)<br>) Possession with Intent to<br>) Distribute Marijuana |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
POSSESSION OF AMMUNITION BY A PROHIBITED PERSON
18 U.S.C. § 922(g)(1)

On or about June 16, 2018, in Glynn County, within the Southern District of Georgia, the defendant,

WILBERT LEE STEPHENS JR.,
a/k/a "Lil Bill"
a/k/a "Wild Bill,"

knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, ammunition, that is:, eight (8) rounds of TulAmmo 7.62x39 ammunition, said ammunition having been shipped and transported in interstate commerce.

All done in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA*
21 U.S.C. § 841

On or about June 16, 2018 in Glynn County, within the Southern District of Georgia, the defendant,

**WILBERT LEE STEPHENS JR.,**
a/k/a "Lil Bill"
a/k/a "Wild Bill,"

aided and abetted by another, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All done in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

_____
Karl Knoche
Chief, Criminal Division
Assistant United States Attorney

_____
Jennifer Kirkland*
Assistant United States Attorney

*Attorney to be noticed.

2