UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Ammunition by a |
| WILBERT LEE STEPHENS JR., | ) Prohibited Person |
| a/k/a "Lil Bill" | ) |
| a/k/a "Wild Bill," | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute Marijuana |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:
18 U.S.C. § 922(g)(1)
Possession of Ammunition by a Prohibited Person:
Imprisonment for not more than 10 years;
Fine of not more than $250,000;
Supervised release term of not more than 3 years;
$100 special assessment.

Count 2:
21 U.S.C. § 841(a)(1) and (b)(1)(D)
Possession with intent to distribute Marijuana:
Imprisonment for not more than 5 years;
Fine of not more than $250,000;
Supervised release term of at least 2 years;
$100 special assessment.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Jennifer Kirkland
Jennifer Kirkland
Assistant United States Attorney