# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **2:19CR46**

United States of America

vs.

**Wilbert Lee Stephens, Jr.**
**1:30 - 2:00**

Defendant/Age

**Jennifer Kirkland**
U. S. Attorney

**Reid Zeh**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Count One (1)** of the information.
- [✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis **S/A Barnes**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD**.
- [ ] Bond Continued ___ Bond modified to _____.
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**   Date **08/09/2019**

Court Reporter **Debra Gilbert**   Probation Officer **Scot Riggs**

Courtroom Deputy Clerk **Whitney Sharp**   U.S. Marshal **Jason**